UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| InSTEP, LLC, Plaintiff, | ) | |
| v. | ) | Docket No. 01-cv-1746 (DSD/SRN) |
| WINTER QUEST, LLC, TUBBS SNOWSHOW LLC a/k/a TUBBS SNOWSHOE CO., LLC a/k/a TUBBS SNOWSHOE CO., Defendants. | ) | |

**STIPULATION FOR DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(ii), the parties in the above-captioned action, by their respective counsel, hereby voluntarily stipulate and agree that this action shall be dismissed with prejudice, without costs, and without right of appeal.

INSTEP, LLC

By: [signature]
John B. Lunseth, II
Gerald E. Helget
Rider, Bennett, Egan & Arundel
Attorneys for Defendant
333 South Seventh Street, Suite 2000
Minneapolis, MN 55402
(612) 340-7926
Date: 15 Jan 02



FILED 2-12-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD 2-12-02
DEPUTY CLERK

WINTER QUEST LLC, et al.

By: ______________________
Walter E. Judge, Jr.
Lawrence H. Meier
Downs Rachlin & Martin PLLC
199 Main Street
P.O. Box 190
Burlington, Vermont 05402
(802)863-2375
Date: 1/16/02

So Ordered:

______________________
District Judge

Date: 2/12/02

BTV/204194.1

LET JUDGMENT BE ENTERED ACCORDINGLY.